UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL TRACHMAN, *Pro Se,* | ) | Case No.: 4:08 CV 1426 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| ANTHONY SALSBURY, *et al.,* | ) | |
| | ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted Defendants' Motion to Dismiss (ECF No. 14) in a separate Order on this same date, hereby enters judgment for the Defendants and against the Plaintiff.

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 28, 2008